UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR00056 JM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| BRYAN BURROW, a/k/a SUNNY; | ) | 18 U.S.C. § 924(c)(1)(A) |
| GARY DSHAUN ALLISON, a/k/a BG; | ) | 18 U.S.C. § 922(g)(1) |
| ROSE OLIVE, a/k/a BLUE; | ) | |
| CLIFFORD ROBERTS; | ) | |
| CAMERON GORTNEY | ) | |
| CHRISTIAN GREEN, a/k/a CG; | ) | |
| DUSTAN DAVIS, a/k/a DUCK; | ) | |
| CHESTER WATERS, a/k/a CHET; and | ) | |
| AMANDA TROPF | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 06 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. From December 1, 2025, until on or about February 5, 2026, in the Eastern District of Arkansas and elsewhere, the defendants,

BRYAN BURROW, a/k/a SUNNY;
GARY DSHAUN ALLISON, a/k/a BG;
ROSE OLIVE, a/k/a BLUE;
CLIFFORD ROBERTS;
CAMERON GORTNEY;
CHRISTIAN GREEN, a/k/a CG;
DUSTAN DAVIS, a/k/a DUCK;
CHESTER WATERS, a/k/a CHET; and
AMANDA TROPF,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, and methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



#39

B. With respect to BRYAN BURROW, a/k/a SUNNY, GARY DSHAUN ALLISON, a/k/a BG, ROSE OLIVE, a/k/a BLUE, CLIFFORD ROBERTS, CAMERON GORTNEY, and CHRISTIAN GREEN, a/k/a CG, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

C. With respect to DUSTAN DAVIS, a/k/a DUCK, CHESTER WATERS, a/k/a CHET, and AMANDA TROPF, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about January 16, 2026, in the Eastern District of Arkansas, the defendants,

BRYAN BURROW, a/k/a SUNNY,
GARY DSHAUN ALLISON, a/k/a BG,
CLIFFORD ROBERTS, and
CHRISTIAN GREEN, a/k/a CG

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 3**

On or about January 30, 2026, in the Eastern District of Arkansas, the defendants,

BRYAN BURROW, a/k/a SUNNY, and
GARY DSHAUN ALLISON, a/k/a BG,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 4**

On or about January 30, 2026, in the Eastern District of Arkansas, the defendant,

BRYAN BURROW, a/k/a SUNNY,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 5**

On or about January 30, 2026, in the Eastern District of Arkansas, the defendant,

BRYAN BURROW, a/k/a SUNNY,

knowingly and intentionally possessed one or more of the following firearms:

1. a Bul Cherokee, 9mm semi-automatic pistol, bearing serial number cp-26928; and
2. a Ruger, LCP, .380 caliber semi-automatic pistol bearing serial number 375-05890,

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1, 2, and 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 6**

A. On or about January 30, 2026, the defendant,

BRYAN BURROW, a/k/a SUNNY,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, that is: possession of a controlled substance, methamphetamine, and possession of drug paraphernalia, in Lonoke County, Arkansas, Circuit Court in Case Number 200903059.

B. On or about January 30, 2026, in the Eastern District of Arkansas, the defendant,

BRYAN BURROW, a/k/a SUNNY,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Bul Cherokee, 9mm semi-automatic pistol, bearing serial number cp-26928; and
2. a Ruger, LCP, .380 caliber semi-automatic pistol bearing serial number 375-05890.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 7**

On or about February 2, 2026, in the Eastern District of Arkansas, the defendant,

CHRISTIAN GREEN, a/k/a CG,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 8**

On or about February 4, 2026, in the Eastern District of Arkansas, the defendant,

CHRISTIAN GREEN, a/k/a CG,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 9**

On or about February 5, 2026, in the Eastern District of Arkansas, the defendant,

CHRISTIAN GREEN, a/k/a CG,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 10**

A. On or about January 18, 2026, the defendant,

DUSTAN DAVIS, a/k/a DUCK,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Forgery 2nd Degree, in White County, Arkansas, Circuit Court in Case Number 73 CR-16-318;
2. Forgery II, in Lonoke County, Arkansas, Circuit Court in Case Number 43CR17-66;
3. Possession of controlled substance – schedule I/II, in Lonoke County, Arkansas, Circuit Court in Case Number 43CR17-208; and
4. Theft by receiving, possession of a controlled substance Sch 1 or 2 LT 2 g, and drug paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 2022-4224.

B. On or about January 18, 2026, in the Eastern District of Arkansas, the defendant,

DUSTAN DAVIS, a/k/a DUCK,

knowingly possessed, in and affecting commerce, a firearm, that is: a Bul Cherokee, 9mm semi-automatic pistol, bearing serial number cp-26928, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 3, 4, 7, 8, or 9 of this Superseding Indictment, the defendants, BRYAN BURROW, a/k/a SUNNY, GARY DSHAUN ALLISON, a/k/a BG, ROSE OLIVE, a/k/a BLUE, CLIFFORD ROBERTS, CAMERON GORTNEY, CHRISTIAN GREEN, a/k/a CG, DUSTAN DAVIS, a/k/a DUCK, CHESTER WATERS, a/k/a CHET, and AMANDA TROPF, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, a Bul Cherokee, 9mm semi-automatic pistol, bearing serial number cp-26928; and a Ruger, LCP, .380 caliber semi-automatic pistol bearing serial number 375-05890, and $7,773 in United States Currency.

## FORFEITURE ALLEGATION 2

Upon conviction of Counts 1, 2, 3, 4, 7, 8, or 9 of this Superseding Indictment, the defendants, BRYAN BURROW, a/k/a SUNNY, GARY DSHAUN ALLISON, a/k/a BG, ROSE OLIVE, a/k/a BLUE, CLIFFORD ROBERTS, CAMERON GORTNEY, CHRISTIAN GREEN, a/k/a CG, DUSTAN DAVIS, a/k/a DUCK, CHESTER WATERS, a/k/a CHET, and AMANDA TROPF, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, a Bul Cherokee, 9mm semi-automatic pistol, bearing serial number cp-26928; and a Ruger, LCP, .380 caliber semi-automatic pistol bearing serial number 375-05890.

## FORFEITURE ALLEGATION 3

Upon conviction of 1, 2, 3, 4, 5, 6, 7, 8, 9, or 10 of this Superseding Indictment, the defendants, BRYAN BURROW, a/k/a SUNNY, GARY DSHAUN ALLISON, a/k/a BG, ROSE OLIVE, a/k/a BLUE, CLIFFORD ROBERTS, CAMERON GORTNEY, CHRISTIAN GREEN, a/k/a CG, DUSTAN DAVIS, a/k/a DUCK, CHESTER WATERS, a/k/a CHET, and AMANDA TROPF, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, a Bul Cherokee, 9mm semi-automatic pistol, bearing serial number cp-26928; and a Ruger, LCP, .380 caliber semi-automatic pistol bearing serial number 375-05890.

☐ NO TRUE BILL. ☒ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

Amanda Fields

By: AMANDA FIELDS
Assistant United States Attorney
Bar No. 2009078
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Amanda.Fields@usdoj.gov