IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V. Case No. 4:26-CR-00056-JM

BRYAN BURROW
GARY DSHAUN ALLISON
ROSE OLIVE
CLIFFORD ROBERTS
CAMERON GORTNEY
CHRISTIAN GREEN
DUSTAN DAVIS
CHESTER WATERS
AMANDA TROPF

**ORDER**

The Clerk of the Court is directed to unseal this case.

Dated this 22nd day of October, 2026.

Benecia Moore

UNITED STATES MAGISTRATE JUDGE